UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PLEX SYSTEMS, INC., | Case No.  21-cv-10668-JEL-DRG |
| Plaintiff, | Judge Judith E. Levy |
| v. | Mag. David R. Grand |
| AMD PLASTICS, LLC, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the stipulation of the parties; and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that all claims in this matter are dismissed with prejudice and without costs, interest or attorneys' fees to any party.

Date: November 16, 2021
   Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

It is so stipulated:

| | |
|---|---|
| HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC | ULMER & BERNE LLP |

1

| | |
|---|---|
| */s/ Thomas S. Bishoff* | */s/ Sarah M. Benoit (with consent)* |
| Thomas S. Bishoff (P53753) | Sarah M. Benoit (P75088) |
| William J. O'Brien (P83025) | 65 East State Street |
| 1 Woodward Ave., Suite 2000 | Suite 1100 |
| Detroit, MI 48226 | Columbus, Ohio 43215 |
| 313-964-8600 | 614-229-0000 |
| tbishoff@hhbjs.com | sbenoit@ulmer.com |
| wobrien@hhbjs.com | *Attorneys for AMD Plastics, LLC* |
| *Attorneys for Plex Systems, Inc.* | |